UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH LAWS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE,<br><br>    Respondent. | CASE NO. CV 19-5283-SJO (PJW)<br><br>[PROPOSED] ORDER DISMISSING SECOND AND SUCCESSIVE HABEAS CORPUS PETITION |

Before the Court is Petitioner's fourth attempt to challenge his 1993 state conviction and sentence for murder and robbery. In 2002, he filed a habeas corpus petition, which was ultimately dismissed on the merits. *See Laws v. Lamarque*, CV 02-1032-RSWL (PJW), April 15, 2005 Order Accepting Report and Recommendation of United States Magistrate Judge. Petitioner attempted to appeal the dismissal, but his request for a certificate of appealability was denied by this Court and the Ninth Circuit Court of Appeals. In March 2013, he filed a new habeas petition in the district court, which was dismissed as an unauthorized second or successive petition. (*Laws v. Soto*, CV 13-2228-SJO (PJW), April 9, 2013 Order.) In February 2014, the Ninth Circuit dismissed his application for a certificate of appealability in that case. (*Laws v. Soto*, No. 13-55867, February 19, 2014 Order.)

In September 2015, Petitioner filed another habeas petition in the district court, which was dismissed as an unauthorized second or successive petition. (*Laws v. Davey*, CV 15-7304-SJO (PJW), September 23, 2015 Order.) In March 2016, the Ninth Circuit dismissed his application for a certificate of appealability. (*Laws v. Davey*, No. 15-56686, March 11, 2016 Order.)

The current Petition is also subject to dismissal as being second and successive. *See* 28 U.S.C. § 2244. Absent an order from the appellate court, this Court does not have jurisdiction to entertain a second or successive petition. *See* 28 U.S.C. § 2244(b)(3)(A). For this reason, the Petition is dismissed.

Further, the Court finds that, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling, he is not entitled to a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: June 26, 2019

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\stephenmontes\AppData\Local\Temp\notes95E17C\Ord_dismiss_successive pet.wpd