JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN LAWS, | ) | CASE NO. CV 19-5283-SJO (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| PEOPLE OF THE STATE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 26, 2019 .

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE